**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 19–04171–jw                              Chapter: 11

**In re:**
Marc K. Knapp

**DEFICIENCY NOTICE**

| Filed By The Court |
|---|
| **8/8/19** |
| Laura A. Austin |
| Clerk of Court |
| US Bankruptcy Court |

To: Marc K. Knapp

You have submitted to the Court for filing a document, Chapter 11 Voluntary Petition, which was received on August 6, 2019. The Chapter 11 Voluntary Petition is deficient for the following reason(s):

☐  The filing fee has not been paid (28 U.S.C. § 1930 and the Appendix thereto).

☐  No signature (written or conformed (shown by "/s/ John Doe")).

☐  Electronic event and image do not match. Explanation:

☐  Improper or no linkage of document. Explanation:

☒  No B121 Form (Your Statement About Your Social Security Number).

☐  The motion which should be noticed passively has not met all of the requirements of SC LBR 9013–4.  Explanation:

☐  Statement of Monthly Income and Means Test Calculation not in accordance with Fed. R. Bankr. P. 1007.

☐  Filing not in accordance with official forms.

☐  Motion to Avoid Lien/Judicial Lien not in compliance with Court procedures. Please see CM/ECF Participant's Guide for Motion to Avoid Lien – Without Passive Hearing Notice.

☐  Other:

Please cure the deficiency by **August 13, 2019**.

Upon failure to cure, the Court may enter an order striking the document, dismissing the case/adversary proceeding, or providing other adverse ruling without further notice or hearing.

Laura A. Austin
Clerk of Court
United States Bankruptcy Court

By:  S Greene, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436