**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO: 19-04171-jw |
| | CHAPTER: 11 |
| MARC K. KNAPP | |
| DEBTOR. | |

**STATEMENT OF CHANGE**

The Debtor hereby gives notice as to the substance of the changes included in the attached amended Petition

**AMENDED PETITION**

Question 13 of the Petition is amended from claiming status as a small business debtor to claiming that debtor is not a small business debtor.

/s/ Marc K. Knapp
Marc K. Knapp, Individually


/s/ F. Miles Adler
F. Miles Adler (Fed ID 9113)
ADLER LAW FIRM, LLC
P.O. Box 4743
Pawleys Island, SC 29585
T: 843.314.3204
F: 843.314.3205
miles@adlerlaw.partners

October 22, 2019
Pawleys Island, South Carolina