**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO: 19-04171-jw |
| | CHAPTER: 11 |
| MARC K. KNAPP | |
| DEBTOR. | |

**STATEMENT OF CHANGE**

The Debtor hereby gives notice as to the substance of the changes included in the attached amended Schedules.

**AMENDED SCHEDULES**

Following Schedules were amended on September 30, 2019

1. Schedule A/B was amended as follows:
    a. Response 1.3 amended to add detail on ownership of 27.98 acres.
    b. Response 1.4 amended to add parcel number.
    c. Response 30 amended to adjust amount owed Debtor pursuant to Lease with Search Auto Group.
2. Schedule D was amended as follows:
    a. Response 2.1 amended to correct address of creditor.
    b. Response 2.2 amended to state that another owes the debt in addition to Debtor.
    c. Response 2.3 amended to add detail regarding debt.
    d. Response 2.4 added IRS as secured debtor.
3. Schedule H was amended as follows:
    a. Response 1 amended to "Yes."
    b. Response 3 amended to add co-debtors.

*/s/ Marc K. Knapp*
Marc K. Knapp, Individually

*/s/ F. Miles Adler*
F. Miles Adler (Fed ID 9113)
ADLER LAW FIRM, LLC
P.O. Box 4743
Pawleys Island, SC 29585
T: 843.314.3204
F: 843.314.3205
miles@adlerlaw.partners

23 October 2019
Pawleys Island, South Carolina