DEBTOR: Marc K. Knapp  
CASE NO: 19-04171-Jw

OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF SOUTH CAROLINA
MONTHLY OPERATING REPORT
CHAPTER 11 INDIVIDUAL DEBTORS
FORM 3
COVER SHEET AND QUESTIONNAIRE

For the Period: 12/1/19 to 12/31/19

THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ✓ | | 1. Cash Flow Statement (Page 2) |
| ✓ | | 2. Cash Reconciliation(s) and Narrative (Page 3) |
| ✓ | | 3. Cash Receipts Detail (Page 4) |
| ✓ | | 4. Cash Disbursements Detail (Page 5) |
| ✓ | | 5. Receipts and Disbursements Recap Case to Date (Page 6) |
| ✓ | | 6. Bank Statements for All Bank Accounts (remember to redact all but last four digits of bank account number) |

QUESTIONNAIRE
Please answer the questions below for the month being reported:

| | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? | ✓ | |
| 2. Are all insurance policies current and in effect? | ✓ | |
| 3. Have all taxes been timely filed and paid? | ✓ | |
| 4. Did you pay all your bills on time this month? | ✓ | |
| 5. Are you current on U.S. Trustee quarterly fee payments? | ✓ | |
| 6. Did you borrow money from anyone this month? | | ✓ |
| 7. Did you pay any bills you owed before you filed for bankruptcy? | | ✓ |
| 8. Do you have any bank accounts open other than the DIP account? | | ✓ |

I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.

Executed on: 01/22/20

Signature (Debtor): _[signature]_
Print name: Marc K. Knapp

Signature (Co-Debtor, if one): n/a
Print name:

Rev. 2013-10
PAGE 1

DEBTOR: MARC K. KNAPP  CASE NO: 19-04171 JW

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

For Period: 12-1-19 to 12-31-19

### CASH FLOW SUMMARY (SEE NOTE A)

1. Beginning Cash Balance   $ 5,771.53 (1) A

2. Cash Receipts
   - Wages   $ 6,209.20
   - Sole Proprietorship Revenues
   - Draws from owned entities other than Sole Prop
   - Rental Income   5,195.00
   - Other  AMZN REFUND   .36
   - Other
   - Total Cash Receipts   $ 11,404.56  B

3. Cash Disbursements
   - Rent or home mortgage payment   $
   - Utilities and Telephone Expenses
   - Home maintenance (repairs/upkeep)   2,050.00
   - Food / Groceries   881.78
   - Insurance payments
   - Installment payments (including auto)   2,354.84
   - Transportation (not including car payments)   68.88
   - Legal / Professional Fees / U.S. Trustee Fees
   - Sole Proprietorship Expenses   4,163.07
   - Rental property expenses / repairs
   - Other  JOANNE KNAPP   2,000.00
   - Other  GIFTS   3,311.18
   - Other  CASH   700.—
   - Miscellaneous  MEDICAL, SUBSCRIPTION   122.86
   - Total Cash Disbursements   $ 15,652.61  C

4. Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)   (B - C)  (4,248.05)  D

5. Ending Cash Balance   (A + D) $ 1,523.48  E

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from "C" above) | |
| Add: Any amounts paid on behalf of the debtor by others | |
| Disbursements for U.S. Trustee Fee Calculation | |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc. &
(1) Current month beginning cash balance should equal the previous month's ending balance.

Rev. 2013-10
PAGE 2

JoAnne Knapp Expense Summary for December 2019

| Date | Purpose of Transaction | Amount |
|---|---|---|
| | November Ending Balance | $1,846.29 |
| 12/2/2019 | Transfer funds to debit account | $300.00 |
| 12/2/2019 | CPW | $36.88 |
| 12/3/2019 | Transfer funds to debit account | $250.00 |
| 12/3/2019 | Ravenel Associates | $260.52 |
| 12/3/2019 | Belk's | $65.00 |
| 12/3/2019 | J. C. Penney's | $50.00 |
| 12/3/2019 | Charleston Meeting Group | $500.00 |
| 12/9/2019 | Transfer funds to debit account | $100.00 |
| 12/10/2019 | Deposit | $2,000.00 |
| 12/10/2019 | Country Cable ( two month bill) | $306.74 |
| 12/10/2019 | Specialized Loan Services | $1,383.31 |
| 12/18/2019 | Deposit | $336.30 |
| 12/19/2019 | French Broad Utility | $212.03 |
| 12/19/2019 | AT&T | $135.48 |
| 12/20/2019 | Capital One | $125.00 |
| | Balance December 31, 2019 | $457.63 |

DEBTOR: MARC K. KNAPP  CASE NO: 19-04171-JW

**BANK RECONCILIATIONS**
Month ending: 12/31/19

| | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | Synovus | Synovus | Synovus | Synovus |
| Last four digits of account | 2476 | 3397 | 8116 | 8223 |
| Purpose of Acct (Personal or Business) | Personal | Bus | Bus | Payroll |
| Type of account (Checking or Savings) | checking | checking | checking | checking |
| Balance per Bank Statement at End of the Month | 1,523.48 | 7,986.33 | 1,389.25 | 5,287.37 |
| ADD: Deposits not credited (attach list) | | | | |
| SUBTRACT: Outstanding checks or debits (attach list) | | | | |
| Other reconciling items (attach list) | | | | |
| Month end Balance (Must agree with books) | 1,523.48 | 7,986.33 | 1,389.25 | 5,287.37 |
| TOTAL OF ALL ACCOUNTS AT END OF THE MONTH | | | | 16,186.43 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post-petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| TOTAL OWED POST-PETITION | |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post-petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| TOTAL AMOUNT OWED TO YOU | |

**NARRATIVE**

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| |
| |
| |
| |

(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance

Rev. 2013-10
PAGE 3

DEBTOR: MARC N. KNAPP    CASE NO: 19-04471 JW

CASH RECEIPTS DETAIL (SEE NOTE A)
For Period: 12-1-19 to 12-31-19
(attach additional sheets as necessary)

Debtor-In-Possession Account: ▓▓-▓▓▓-247-6

Total of all automatic credits for the month which identify source of deposit _____ A

For all counter deposits, record the detail of each showing the following:

| Date | Payor | Description | Amount |
|---|---|---|---|
| 12/5 | TRACY LOPEZ | Condo rent | 1100.00 |
|  | CHARLESTON SITE UTIL | SALARY | 1552.30 } 2,652.30 |
| 12/10 | CHAS SITE UTILITIES | " | 1552.30 |
| 12/17 | AUTO BUY | Ravenel rent | 4095.00 } 5647.30 |
|  | CHAS SITE UTILITIES | Salary | 1552.30 |
| 12/27 | " " " | " | 1552.30 |
| 12/30 | AMAZON | REFUND | .36 |

Total of all counter deposits    11,404.56 B

Total Cash Receipts (A + B)  $ 11,404.56 (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc. and associated accounts.

(1) Total for all accounts should agree with total cash receipts listed on page 2.

Rev. 2013-10
PAGE 4

DEBTOR: Marc R. Knapp     CASE NO: 19-04171 JW

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period: 12-1-19 to 12-31-19

*(attach additional sheets as necessary)*

Debtor-In-Possession Account: ██ ███-247-6

Total of all automatic debits for the month which identify who is paid   9,247.77 A

For all checks written, record the detail of each showing the following:

| Date  | Check No. | Payee            | Description (Purpose) | Amount   |
|-------|-----------|------------------|-----------------------|----------|
| 12/4  | 1020      | Southeast Toyota | Car Payments          | 2,354.84 |
| 12/10 | 1021      | JoAnne Knapp     | Household             | 2,000.00 |
| 12/13 | 1022      | Riley Milligan   | Paint Contractor      | 1,800.—  |
| 12/23 | 1023      | Anthony Forest   | House Maintenance     | 250.—    |

Total of all checks written     6,404.84 B

Total Cash Disbursements (A + B)   $ 15,652.61 (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc. and associated accounts.

(1) Total for all accounts should agree with total cash disbursements listed on page 2.

# INCOME AND DISBURSEMENTS RECAP

Debtor: MARC K. KNAPP   Case No: 19-04171-JW

Date Case was filed: 8/6/19

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

Year:

|  | Inc | Exp | Net |
|---|---|---|---|
| Jan |  |  |  |
| Feb |  |  |  |
| Mar |  |  |  |
| Apr |  |  |  |
| May |  |  |  |
| Jun |  |  |  |
| Jul |  |  |  |
| Aug | 6,209.20 | 4,656.90 | 1,552.30 |
| Sep | 11,404.20 | 7,697.34 | 3,706.86 |
| Oct | 14,334.62 | 13,322.78 | 1,011.84 |
| Nov | 11,404.20 | 12,500.27 | (1,096.07) |
| Dec | 11,404.56 | 15,652.61 | (4,248.05) |
| TOTAL | $54,756.78 | $53,829.90 | $926.88 |

Year:

|  | Inc-2 | Exp-2 | Net-2 |
|---|---|---|---|
| Jan |  |  |  |
| Feb |  |  |  |
| Mar |  |  |  |
| Apr |  |  |  |
| May |  |  |  |
| Jun |  |  |  |
| Jul |  |  |  |
| Aug |  |  |  |
| Sep |  |  |  |
| Oct |  |  |  |
| Nov |  |  |  |
| Dec |  |  |  |
| TOTAL |  |  |  |



P.O. Box 2646-R, Columbus, GA 31902

# Statement of Account

Last statement: November 30, 2019
This statement: December 31, 2019
Total days in statement period: 31
247-6    031    165
Page    1 of 4

Direct inquiries to:
800-334-9007

MARC KNAPP
5695 CAPTAIN KIDD RD
HOLLYWOOD SC 29449-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Free Checking | 247-6 | $1,523.48 |

### Free Checking    Account Number ████-247-6

| | | | | |
|---|---|---|---|---|
| Beginning balance | 5,771.53 | | | |
| Deposits/Credits | 11,404.56 | Low balance | | 200.91 |
| Withdrawals/Debits | 15,652.61 | Average balance | | 3,792.05 |
| Ending balance | 1,523.48 | Average collected balance | | 3,600.00 |

### Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1020 | 12/04 | 2,354.84 | 1023 | 12/23 | 250.00 |
| 1021 | 12/10 | 2,000.00 | | | |
| 1022 | 12/13 | 1,800.00 | | | |

* Skip in check sequence

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 12-02 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 469216 AMZNFreeTime QB7UH06J3 888 802 3 WA TRAN DATE 11-30-19SEQ # 933422100403 | 3.26 |
| 12-02 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 413746 TST BESSINGER S B BQ CHARLESTO SC TRAN DATE 11-30-19SEQ # 933428300456 | 26.09 |
| 12-02 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 443106 WAFFLE HOUSE 1677 SEABROOK SC TRAN DATE 12-01-19SEQ # 933520286688 | 18.44 |
| 12-02 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 469216 AMZN Mktp US 136BP42U3 Amzn com WA TRAN DATE 12-01-19SEQ # 933522100041 | 143.73 |
| 12-02 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 469216 AMZN Mktp US XD7HK8IK3 Amzn com WA TRAN DATE 12-01-19SEQ # 933523100161 | 21.72 |
| 12-02 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 314017 COSTCO WHSE #0360 CHARLESTO SC TRAN DATE 12-01-19SEQ # 933510042449 | 234.10 |



P.O. Box 2646-R, Columbus, GA 31902

December 31, 2019
-247-6
MARC KNAPP

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 12-04 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 449215<br>MAHOGANY AIRPLANE MODELS714 606 9 CA<br>TRAN DATE 12-03-19SEQ # 933827852627 | 185.97 |
| 12-09 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 401339<br>OLD TOWNE GRILL AND SEAFCHARLESTO SC<br>TRAN DATE 12-06-19SEQ # 934022000810 | 71.51 |
| 12-09 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 444500<br>WALGREENS 12635 JOHNS ISL SC<br>TRAN DATE 12-07-19SEQ # 934220000637 | 2.65 |
| 12-10 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 476501<br>SUNRISE BISTRO JOHNS ISL SC<br>TRAN DATE 12-08-19SEQ # 934327400390 | 59.21 |
| 12-10 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 476501<br>GILLIES SOUL FOOD 805 JAMES ISL SC<br>TRAN DATE 12-08-19SEQ # 934326726457 | 91.59 |
| 12-11 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 4D66E71G3 Amzn com WA<br>TRAN DATE 12-11-19SEQ # 934527100582 | 70.83 |
| 12-11 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 449215<br>SP BRACKISH BRAN D BRACKISHC SC<br>TRAN DATE 12-10-19SEQ # 934425637877 | 158.05 |
| 12-12 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 469216<br>THEJOJOBOX COM 646 827 0 NY<br>TRAN DATE 12-11-19SEQ # 934527100690 | 37.00 |
| 12-16 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL T165X208<br>1870 SAM RITTENBERG BLVDCHARLESTO SC<br>TRAN DATE 12-14-19SEQ # 000000002414 | 200.00 |
| 12-16 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 413746<br>TST THE FILLIN S TATIONHOLLYWOOD SC<br>TRAN DATE 12-14-19SEQ # 934821501068 | 68.00 |
| 12-16 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 443106<br>WAFFLE HOUSE 1187 BEAUFORT SC<br>TRAN DATE 12-14-19SEQ # 934821200788 | 19.84 |
| 12-16 | POS Purchase | POS PURCHASE TERMINAL 06764000<br>TOTAL WINE AND MORE 70 CHARLESTO SC<br>TRAN DATE 12-14-19SEQ # 934800385453 | 13.07 |
| 12-16 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 449215<br>SP TECOVAS WWW TECOV TX<br>TRAN DATE 12-15-19SEQ # 934923637142 | 255.00 |
| 12-17 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 469216<br>HAD HARRY DAVID 800 345 5 OR<br>TRAN DATE 12-16-19SEQ # 935028100127 | 45.89 |
| 12-17 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 449215<br>SQ TEXAS SWINE SH I 877 417 4 TX<br>TRAN DATE 12-16-19SEQ # 935121740239 | 51.95 |
| 12-17 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 449215<br>SP MEAT CHURCH MEATCHURC TX<br>TRAN DATE 12-16-19SEQ # 935021637233 | 90.95 |
| 12-18 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 840R40X53 Amzn com WA<br>TRAN DATE 12-17-19SEQ # 935124100183 | 359.68 |
| 12-18 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US JZ0Q35LH3 Amzn com WA<br>TRAN DATE 12-17-19SEQ # 935124100161 | 40.28 |



P.O. Box 2646-R, Columbus, GA 31902

December 31, 2019
-247-6
MARC KNAPP

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 12-19 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 420785<br>SEWE MAIN OFFICE 843 72317 SC<br>TRAN DATE 12-18-19 SEQ # 935220172700 | 135.00 |
| 12-20 | Transfer Debit | TRANSFER TO DEPOSIT ACCOUNT<br>01008963397 | 2,000.00 |
| 12-20 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 449215<br>SP PILOTMALL COM HTTPSPILO FL<br>TRAN DATE 12-19-19 SEQ # 935421637400 | 298.50 |
| 12-20 | POS Purchase | POS PURCHASE TERMINAL 25191701<br>SHELL SERVICE STATION SUMMERVIL SC<br>TRAN DATE 12-20-19 SEQ # 67094000 | 63.78 |
| 12-20 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 314065<br>BP#8289258CIRCLE K ST 27CHARLESTO SC<br>TRAN DATE 12-20-19 SEQ # 935413271428 | 5.10 |
| 12-23 | Transfer Debit | TRANSFER TO DEPOSIT ACCOUNT<br>01012248223 | 2,000.00 |
| 12-23 | ATM Withdrawal | CASH WITHDRAWAL TERMINAL T165X208<br>1870 SAM RITTENBERG BLVDCHARLESTO SC<br>TRAN DATE 12-21-19 SEQ # 000000002733 | 500.00 |
| 12-23 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 469216<br>Amazon com XK0JN3TI3 Amzn com WA<br>TRAN DATE 12-20-19 SEQ # 935420100046 | 196.19 |
| 12-23 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 403482<br>LOWE'S #655 CHARLESTO SC<br>TRAN DATE 12-21-19 SEQ # 935513086358 | 35.25 |
| 12-23 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 471705<br>CHEFSTORE CHARLESTON CHARLESTO SC<br>TRAN DATE 12-21-19 SEQ # 935625123561 | 184.22 |
| 12-23 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 313164<br>HARBOR FREIGHT TOOLS 1 N CHARLES SC<br>TRAN DATE 12-21-19 SEQ # 935520185960 | 58.57 |
| 12-23 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 444500<br>WALGREENS 12635 JOHNS ISL SC<br>TRAN DATE 12-21-19 SEQ # 935626000766 | 27.64 |
| 12-23 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 469216<br>OUTBACK 4113 CHARLESTO SC<br>TRAN DATE 12-21-19 SEQ # 935622100709 | 68.92 |
| 12-23 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 405522<br>THEPCSOFTWARECONNECTIONS877 571 5 CA<br>TRAN DATE 12-22-19 SEQ # 935726200387 | 65.99 |
| 12-23 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 314017<br>COSTCO WHSE #0360 CHARLESTO SC<br>TRAN DATE 12-23-19 SEQ # 935712038897 | 96.66 |
| 12-24 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 449215<br>SP WHITEANDWARRE N CO HTTPSWHIT NY<br>TRAN DATE 12-23-19 SEQ # 935723637584 | 294.00 |
| 12-26 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 442733<br>CHICK FIL A 00582 CHARLESTO SC<br>TRAN DATE 12-24-19 SEQ # 935922710006 | 80.38 |
| 12-26 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 469216<br>TBE BRADFORD ONLINE 800 323 5 IL<br>TRAN DATE 12-24-19 SEQ # 935822100513 | 219.36 |





P.O. Box 2646-R, Columbus, GA 31902

December 31, 2019
-247-6
MARC KNAPP

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 12-26 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 469216<br>SQ Z GRILLS INC gosq com CA<br>TRAN DATE 12-25-19 SEQ # 935924100867 | 419.31 |
| 12-27 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 449215<br>REBEL SHADES WWW REBEL CA<br>TRAN DATE 12-26-19 SEQ # 936021637697 | 7.95 |
| 12-27 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 449215<br>SP BRACKISH BRAN D BRACKISHC SC<br>TRAN DATE 12-26-19 SEQ # 936025637700 | 103.55 |
| 12-30 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 476501<br>SUNRISE BISTRO JOHNS ISL SC<br>TRAN DATE 12-26-19 SEQ # 936124400393 | 33.97 |
| 12-30 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 490641<br>SR Bonner and Par tners 800 68117 FL<br>TRAN DATE 12-28-19 SEQ # 936224085553 | 49.00 |
| 12-31 | Check Card Purchase | MERCHANT PURCHASE TERMINAL 444500<br>WALGREENS 12635 JOHNS ISL SC<br>TRAN DATE 12-30-19 SEQ # 936525000634 | 35.62 |

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 12-05 | Deposit | | 2,652.30 |
| 12-10 | Deposit | | 1,552.30 |
| 12-17 | Deposit | | 5,647.30 |
| 12-27 | ATM Deposit | DEPOSIT TERM T165N201<br>SEQ # 000000004795 | 1,552.30 |
| 12-30 | POS Refund | MERCHANT REFUND TERMINAL 469216<br>AMZNFreeTime 888 802 3 WA<br>TRAN DATE 12-27-19 SEQ # 936177100873 | 0.36 |

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 5,771.53 | 12-12 | 4,497.14 | 12-23 | 1,213.96 |
| 12-02 | 5,324.19 | 12-13 | 2,697.14 | 12-24 | 919.96 |
| 12-04 | 2,783.38 | 12-16 | 2,141.23 | 12-26 | 200.91 |
| 12-05 | 5,435.68 | 12-17 | 7,599.74 | 12-27 | 1,641.71 |
| 12-09 | 5,361.52 | 12-18 | 7,199.78 | 12-30 | 1,559.10 |
| 12-10 | 4,763.02 | 12-19 | 7,064.78 | 12-31 | 1,523.48 |
| 12-11 | 4,534.14 | 12-20 | 4,697.40 | | |

## Overdraft/Return Item Fees

| | Total for this period | Total prior year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |