**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO: 19-04171-jw |
| | CHAPTER: 11 |
| MARC K. KNAPP | |
| DEBTOR. | |

**CERTIFICATE OF SERVICE**

I certify that on 06 February 2020, I served a copy of the **Debtor's Plan of Reorganization and Disclosure Statement** to be served for delivery by the United States Postal Service, via by CM/ECF or First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed in the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

DATED: 06 February 2020

*/s/ F. Miles Adler*
F. Miles Adler (Fed ID 9113)
ADLER LAW FIRM, LLC
P.O. Box 4743
Pawleys Island, SC 29585
T: 843.314.3204
F: 843.314.3205
miles@adlerlaw.partners