## U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number:  **19-04171-jw**

## ORDER SETTING HEARING ON DISCLOSURE STATEMENT

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**02/11/2020**



Entered: 02/11/2020

*John E Waites*
US Bankruptcy Judge
District of South Carolina

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| Marc K. Knapp | CASE NO: 19-04171-JW |
| Debtor(s). | ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT |

To: Marc K. Knapp, creditors, and other parties in interest:

A Disclosure Statement and a Plan under chapter 11 of the Bankruptcy Code having been filed by Marc K. Knapp on February 6, 2020,

IT IS ORDERED and notice is hereby given, that:

1.      The hearing to consider the approval of the Disclosure Statement shall be held at the King & Queen Building, 145 King Street, Room 225, Charleston, South Carolina on March 18, 2020, at 11:30 AM.

2.      March 10, 2020 is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the Disclosure Statement.

3.      Within five (5) days after the entry of this Order, the Disclosure Statement and Plan shall be distributed in accordance with Fed. R. Bankr. P. 3017(a).

4.      Requests for copies of the Disclosure Statement and Plan shall be made to the debtor in possession at the following mailing address:

Frederick M. Adler, Adler Law Firm, LLC, PO Box 4743, Pawleys Island, SC 29585.

5.      The hearing on the Disclosure Statement may be adjourned from time to time by an announcement made in open court at the hearing without further notice.

AND IT IS SO ORDERED.