UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Marc K. Knapp<br><br><br><br>Debtor(s). | CHAPTER 11<br>CASE NO: 19-04171-JW |

ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, SETTING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, AND SETTING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN

A disclosure statement under chapter 11 of the United States Bankruptcy Code having been filed by Marc K. Knapp, on May 7, 2020 with respect to a chapter 11 plan filed by Marc K. Knapp on May 6, 2020:

IT IS ORDERED, and notice is hereby given, that:

A. The disclosure statement filed by Marc K. Knapp is conditionally approved.

B. Within five (5) days after the entry of this Order, the Plan or a summary thereof approved by the Court, the Disclosure Statement, and a ballot conforming to *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) shall be mailed by Marc K. Knapp to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in Fed. R. Bankr. P. 3017(d). Marc K. Knapp shall identify the applicable class of each creditor, equity security holder, or other party in interest on the ballot prior to mailing the ballot to the same.

C. On or before June 17, 2020, all creditors and other parties in interest entitled to vote on the Plan shall file their written acceptance or rejection of the Plan referred to above. Ballots must be either filed electronically or mailed to the Court at 1100 Laurel Street, Columbia, SC 29201. A copy of each ballot should also be served upon the attorney for the debtor at the address listed below

D. The Court will convene a hearing to consider confirmation of the Plan on June 24, 2020 at 10:30 AM at the United States Bankruptcy Court, 145 King Street, Room 225, Charleston, South Carolina.

E. On or before June 17, 2020, any creditor or party in interest that wishes to object to confirmation of the Plan must file and serve the objection. Any objections to the confirmation of the Plan must be in writing, filed with the Court, and served upon the attorney for the debtor, whose address is listed below. All parties filing objections must comply with Fed. R. Bankr. P. 3020(b)(1) and South Carolina Local Bankruptcy Rule

9014-1. Any party failing to comply with Fed. R. Bankr. P. 3020(b)(1) or Local Rule 9014-1 may be denied the opportunity to appear and be heard.

.

The Court may, for cause shown, at the confirmation hearing extend the time for filing acceptances or rejections of the Plan or permit a creditor or equity security holder to change or withdraw an acceptance or rejection of the Plan.

The confirmation hearing may be adjourned from time to time without further notice to creditors or other parties in interest by an announcement of such adjournment at the hearing.

AND IT IS SO ORDERED.

NAME AND ADDRESS OF ATTORNEY FOR PROPONENT OF PLAN:

Frederick M. Adler
Adler Law Firm, LLC
PO Box 4743
Pawleys Island, SC 29585

**FILED BY THE COURT**
**05/08/2020**



Entered: 05/08/2020

*/s/ John E. Waites*

US Bankruptcy Judge
District of South Carolina