UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | B/K Case No. 19-04171-DD |
| MARC K. KNAPP ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## AFFIDAVIT

I, F. Miles Adler, hereby make solemn oath:

1. The Adler Law Firm, LLC is comprised of one attorney who is duly admitted to practice in the State of South Carolina and in this court.

2. The Adler Law Firm, LLC maintains only one office, whose mailing address is Post Office Box 4743, Pawley's Island, SC 29585.

3. The Trustee has requested that the Adler Law Firm, LLC be allowed to represent the Trustee in this case as Special Counsel. The services to be performed by the attorneys are outlined in the Application being filed simultaneously.

4. Individually, I have interests in other companies and/or businesses, but after performing appropriate conflict checks, I have determined that no connection exists between them and the debtor, the Trustee, and the creditors.

5. To the best of my knowledge, the Adler Law Firm, LLC and all members of the firm are disinterested persons in this case as that term is defined in 11 U.S.C. § 101(14). The Adler Law Firm, LLC, nor any of the individual lawyers, hold or represent an interest adverse to the estate.

6. With the following exceptions, to the best of the undersigned's knowledge, neither any attorney employed by, nor the Adler Law Firm, LLC has any connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, except that the Adler Law Firm, LLC was previously approved as general bankruptcy counsel for the Debtor during the pendency of the Chapter 11 bankruptcy case.

7. The undersigned counsel has for more than 10 years filed cases in the Bankruptcy Court in the State of South Carolina under Chapters 7, 11 and 13. Therefore, the undersigned counsel has during that period of time dealt with attorneys for the Office of the United States Trustee, and its employees, with members of the South Carolina Bankruptcy Bar, and the members of the judiciary and staff of the South Carolina Bankruptcy Courts. No other connections or relationships with any of those parties exist.



8.  The Adler Law Firm, LLC, and individual attorneys have agreed that the Adler Law Firm, LLC will be employed on a general retainer basis, that the Adler Law Firm, LLC attorney's will bill at their customary rate of $350.00 per hour for F. Miles Adler. The support staff shall submit bills for legal work performed at a rate of $90.00 per hour. The Trustee and the Adler Law Firm, LLC understand that the Adler Law Firm, LLC's compensation shall be reviewed and set by the Court, pursuant to 11 U.S.C. § 330(a) and they understand that the amount of compensation they receive may differ from the bills that are submitted.

F. MILES ADLER, ESQ
Post Office Box 4743
Pawley's Island, SC 29585
(843) 314-3204
District Court ID No.: 9113
miles@adlerlaw.partners

PAWLEY'S ISLAND, SC
Dated: 7/24/2020

NOTARY PUBLIC FOR THE STATE
OF SOUTH CAROLINA
My Commission Expires: 10/9/24