UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | B/K Case No. 19-04171-DD |
| MARC K. KNAPP | Chapter 7 |
| Debtor. | ORDER AUTHORIZING SALE OF ASSET |

This proceeding comes before the Court on the application of Kevin Campbell, Trustee for authority to sell free and clear of liens the estate's interest in the real property commonly referred to as the Estate's interest in 60 Snake Bite Holler Lane, Burnsville, NC to Peter Hyde and Sarah Hyde, or their assigns, for Three Hundred Fifty Thousand and 00/100 ($350,000.00) dollars.

The Court has been informed that all parties in interest have been notified of the intention to sell said property and that no objection to the proposed sale has been received or filed by any party with the Court. The Trustee has represented to the Court that such sale is in the best interest of creditors of the estate. The Trustee also has informed the Court that the tax lien claimed by United States of America (Internal Revenue Service) against said property should be paid upon the sale of said property. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Trustee is authorized to sell and to convey the estate's interest in the above-described property.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**06/30/2021**



Entered: 06/30/2021

David R. Duncan
US Bankruptcy Judge
District of South Carolina